Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MESAFNT WORKU MEKONNEN

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

MESAFNT WORKU MEKONNEN,

                  Plaintiff,

v.

ELTMAN, ELTMAN & COOPER, P.C., a
New York corporation.

Case No. C07-05162-PVT

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

     COMES NOW the Plaintiff, MESAFNT WORKU MEKONNEN, by and through counsel,

Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1),

respectfully notifies this Court that Plaintiff, MESAFNT WORKU MEKONNEN, hereby dismisses,

with prejudice, all claims made by him against Defendant, ELTMAN, ELTMAN & COOPER, P.C.,

in his Complaint filed herein on October 9, 2007.  Plaintiff further notifies the Court that his dispute

with the Defendant has been settled.

                                 CONSUMER LAW CENTER, INC.

                                 By: /s/ Fred W. Schwinn
                                     Fred W. Schwinn, Esq.
                                     Attorney for Plaintiff
                                     MESAFNT WORKU MEKONNEN